Rev. 10/2015 Prisoner Complaint

RECEIVED

DEC 07 2017

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

United States District Court
Eastern District of North Carolina
Western Division

Case No. ______________
(To be filled out by Clerk's Office only)

Donte Laquante Caudle

(In the space above enter the full name(s) of the plaintiff(s).)

Inmate Number__________

**COMPLAINT**

(*Pro Se* Prisoner)

-against-

DR. A. Anderson
Nurse Keisha Long
Halifax County Jail Denide/
MY St Constitution rights

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Jury Demand?
☐ Yes
☑ No

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Defendant(s) Continued**

Defendant 3: Nurse Keisha Long
Name

HEAD Nurse
Current Job Title

P.O. Box 36
Current Work Address

HAlifAX | N.C. | 27839
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 4: DR. A. Anderson
Name

DR. At Halifax County JAil
Current Job Title

P.O. BOX 36
Current Work Address

HAlifAX | N.C. | 27839
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No

If no, explain why not:

Is the grievance process completed? ☑ Yes ☐ No

If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Conversated me $13, Millions

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☐ Yes ☑ No

If yes, how many? ______________

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

NONE

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

***Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.***

7/27/2016
Dated

Donte L. Caudle
Plaintiff's Signature

Donte L Caudle
Printed Name

NONE
Prison Identification #

NONE
Prison Address City State Zip Code

State of NC
County of Sampson
Donte L. Caudle appeared before me
on 09-15-16
Notary
Judy R. Jackson Judy R Jackson
My Commission expires 3-8-2020

Acknowledgement of instrument signed by one person

North Carolina

Sampson County

I, Judy R. Jackson, a Notary Public for said County and State, do hereby certify that Donte Laquante Caudle personally appeared before me this day and acknowledged the due excution of the attached instrument.

Witness my hand and official seal, this the 15 day of September 2016.

Notary Public

(Official Seal)

Judy R. Jackson

My commission expires 03-08-2020